# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Vascura, Chelsey M. | **2. Court or Organization**<br><br>U.S. District Court - Southern District of Ohio | **3. Date of Report**<br><br>03/30/2021 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Joseph P. Kinneary United States Courthouse
85 Marconi Blvd
Columbus, OH 43215

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member, Vice President/President | Ohio Lawyers Assistance Program |
| 2. | Board Member | Stephens-Matthews Marketing, Inc. |
| 3. | Adjunct Professor | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vascura, Chelsey M. | 03/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | ▓▓▓▓▓▓▓▓▓▓ (Teaching Income) | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▓▓▓▓▓▓▓ (Salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vascura, Chelsey M.** | 03/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vascura, Chelsey M.** | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. WESBANCO ACCOUNTS (cash) | A | Interest | L | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. CHIMERA INVESTMENT (CIM) | A | Dividend | J | T | | | | | |
| 5. CITIGROUP INC (C) | A | Dividend | K | T | | | | | |
| 6. CLEVLAND-CLIFFS INC (CLF) (was CLIFFS NATURAL RES) | A | Dividend | K | T | | | | | |
| 7. EBAY INC. (EBAY) | A | Dividend | K | T | | | | | |
| 8. IBM CORP (IBM) | B | Dividend | K | T | Buy | 01/03/20 | K | | |
| 9. KANDI TECHNOLOGS GRP (KNDI) | | None | J | T | | | | | |
| 10. MGIC INVESTMENT (MTG) | A | Dividend | J | T | | | | | |
| 11. PITNEY BOWES INC (PBI) | A | Dividend | J | T | | | | | |
| 12. RADIAN GROUP INC (RDN) | A | Dividend | K | T | | | | | |
| 13. VIACOMCBS INC (VIAC) (was VIACOM INC (VIAB)) | A | Dividend | J | T | | | | | |
| 14. SCHWAB US BROAD MARKET (SCHB) | A | Dividend | K | T | Sold (part) | 01/03/20 | K | C | |
| 15. Account #2 (H) | | | | | | | | | |
| 16. ARCOSA INC (ACA) | A | Dividend | J | T | | | | | |
| 17. CHIMERA INVESTMENT (CIM) | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vascura, Chelsey M.** | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  GILEAD SCIENCES INC (GILD) | A | Dividend | | | Sold | 04/09/20 | K | | |
| 19.  GLADSTONE INVESTMENT (GAIN) | B | Dividend | J | T | | | | | |
| 20.  MGIC INVESTMENT (MTG) | A | Dividend | K | T | Buy | 04/13/20 | K | | |
| 21.  MEREDITH CORP (MDP) | A | Dividend | J | T | Buy | 02/07/20 | J | | |
| 22.  PETROLEO BRASILEIRO F ADR (PBR) | A | Dividend | | | Sold | 02/10/20 | K | C | |
| 23.  TRINITY INDUSTRIES (TRN) | A | Dividend | K | T | | | | | |
| 24.  SCHWAB US DIVIDEND EQ ETF (SCHD) | B | Dividend | L | T | Buy (add'l) | 02/24/20 | J | | |
| 25. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 26.  Account #3 (H) | | | | | | | | | |
| 27.  STRS RSSLL 2000 INDEX RTN | | None | K | T | | | | | |
| 28.  Account #4 (H) | | | | | | | | | |
| 29.  CHARLES SCHWAB DEPOSIT ACCOUNT (cash) (Y) | | | | | | | | | |
| 30.  SCHWAB VALUE ADVANTAGE MONEY FUND (SWVXX) (cash equiv.) (Y) | | | | | | | | | |
| 31.  ALLERGAN PLC (AGN) | A | Dividend | | | Sold | 03/27/20 | J | | |
| 32.  BGC PARTNERS A (BGCP) | A | Dividend | J | T | | | | | |
| 33.  BANK OF AMERICA CORP (BAC) | B | Dividend | L | T | Buy (add'l) | 03/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vascura, Chelsey M. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 35. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 38. BOEING CO (BA) | A | Dividend | K | T | Buy | 02/10/20 | K | | |
| 39. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 03/12/20 | K | | |
| 43. CITIGROUP INC (C) | B | Dividend | L | T | Buy<br>(add'l) | 03/02/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 47. LUMENTUM HOLDINGS INC (LITE) | | None | J | T | | | | | |
| 48. MGIC INVESTMENT (MTG) | B | Dividend | L | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vascura, Chelsey M. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 52. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 57. NEWMARK GROUP INC (NMRK) | A | Dividend | J | T | | | | | |
| 58. PITNEY BOWES INCE (PBI) | A | Dividend | J | T | | | | | |
| 59. QURATE RETAIL INC CLASS A (QRTEA) | C | Dividend | K | T | Buy | 02/10/20 | J | | |
| 60. QURATE RETAIL INC (QRTEP) (X) | A | Dividend | J | T | | | | | |
| 61. RADIAN GROUP INC (RDN) | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 62. RADNET INC (RDNT) | | None | | | Buy | 03/27/20 | J | | |
| 63. | | | | | Sold | 03/27/20 | J | | |
| 64. VALE SA ADR (VALE) | A | Int./Div. | K | T | | | | | |
| 65. SCHWAB US BROAD MKT ETF (SCHB) | C | Dividend | N | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 03/02/20 | M | | |
| 67. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vascura, Chelsey M.** | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 69. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 70. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 71. VANGUARD RUSSELL 2000 ETF (VTWO) | A | Dividend | K | T | | | | | |
| 72. Account #5 (H) | | | | | | | | | |
| 73. VANGUARD 500 INDEX OPTION | | None | L | T | | | | | |
| 74. Account #6 (H) | | | | | | | | | |
| 75. VANGUARD EXTENDED MARKET INDEX OPTION | | None | J | T | | | | | |
| 76. VANGUARD 500 INDEX OPTION | | None | K | T | | | | | |
| 77. Account #7 (H) | | | | | | | | | |
| 78. SCHWAB FUNDAMENTAL US LARGE CO. INDEX FUND (SFLNX) | C | Dividend | L | T | | | | | |
| 79. VANGUARD SMALL CAP INDEX FUND (VSMAX) | A | Dividend | K | T | Buy | 01/06/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vascura, Chelsey M.** | 03/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vascura, Chelsey M. | 03/30/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Chelsey M. Vascura**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544